# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| JBlanco Enterprises, Inc. ) | ASBCA No. 61318 |
| ) | |
| Under Contract No. W912QR-14-D-0033 ) | |

APPEARANCE FOR THE APPELLANT:      Ms. Jeanette Wellers
        Owner

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
        Engineer Chief Trial Attorney
        R. Lauren Horner, Esq.
        Assistant District Counsel
        U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: July 20, 2018

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61318, Appeal of JBlanco Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals